## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC S. BOWKER,** | : | **CIVIL ACTION NO. 1:05-CV-0560** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Defendant** | : | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| **ERIC S. BOWKER,** | : | **CIVIL ACTION NO. 1:05-CV-0561** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Defendant** | : | |

### MEMORANDUM

The two cases captioned above, like several others filed by Eric S. Bowker, a prisoner of a federal corrections institution in Pennsylvania, represent an abuse of the judicial process.[1]  Each complaint seeks monetary relief under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680, and asserts that employees of unidentified federal agencies committed unidentified wrongs against Mr. Bowker at unidentified times.  Neither of the complaints suggests that Mr. Bowker has met jurisdictional prerequisites to suit against the United States.  Both of the

---

[1] These cases have been consolidated solely for purposes of this decision. See FED. R. CIV. P. 42.

complaints were filed while Mr. Bowker had numerous similar cases pending in this district.[2]

Since these complaints were filed, several other cases commenced by Mr. Bowker have been dismissed by this court as frivolous.[3]  The analysis provided in those opinions applies with equal force here.  The complaints in the above-captioned cases will be dismissed as frivolous.  See 28 U.S.C. § 1915A(b)(1).

An appropriate order will issue.


                                        S/ Christopher C. Conner
                                        CHRISTOPHER C. CONNER
                                        United States District Judge

Dated:          May 5, 2005

---

[2] See Bowker v. United States, No. 1:04-CV-2400 (M.D. Pa. commenced Nov. 2, 2004); Bowker v. Guyser, No. 1:05-CV-0146 (M.D. Pa. commenced Jan. 21, 2005); Bowker v. United States, No. 1:05-CV-0040 (M.D. Pa. commenced Jan. 6, 2005); Bowker v. United States, No. 1:05-CV-0063 (M.D. Pa. commenced Jan. 10, 2005); Bowker v. United States, No. 1:05-CV-0145 (M.D. Pa. commenced Jan. 10, 2005); Bowker v. United States, No. 1:05-CV-0274 (M.D. Pa. commenced Feb. 8, 2005); Bowker v. United States, No. 1:05-CV-0275 (M.D. Pa. commenced Feb. 8, 2005); Bowker v. United States, No. 1:05-CV-0276 (M.D. Pa. commenced Feb. 8, 2005).

[3] See Bowker v. United States, No. 1:05-CV-0040 (M.D. Pa. dismissed Apr. 25, 2005); Bowker v. United States, No. 1:05-CV-0063 (M.D. Pa. dismissed Apr. 25, 2005); Bowker v. United States, No. 1:05-CV-0145 (M.D. Pa. dismissed Apr. 25, 2005); Bowker v. United States, No. 1:05-CV-0274 (M.D. Pa. dismissed Mar. 23, 2005); Bowker v. United States, No. 1:05-CV-0275 (M.D. Pa. dismissed Mar. 23, 2005); Bowker v. United States, No. 1:05-CV-0276 (M.D. Pa. dismissed Mar. 23, 2005). Another case commenced by Mr. Bowker has been dismissed as both frivolous and malicious.  Bowker v. United States, No. 1:04-CV-1999 (M.D. Pa. dismissed Mar. 23, 2005).  Two other cases have been allowed to proceed.  See Bowker v. United States, No. 1:04-CV-2400 (M.D. Pa. commenced Nov. 2, 2004); Bowker v. Guyser, No. 1:05-CV-0146 (M.D. Pa. commenced Jan. 21, 2005).

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERIC S. BOWKER,** | : | **CIVIL ACTION NO. 1:05-CV-0560** |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant** | : | |

-------------------------------------------------------------------------------

| | | |
|---|---|---|
| **ERIC S. BOWKER,** | : | **CIVIL ACTION NO. 1:05-CV-0561** |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 5th day of May, 2005, upon consideration of the complaints

in the above-captioned cases, and for the reasons set forth in the accompanying

memorandum, it is hereby ORDERED that:

1. The complaints are DISMISSED as frivolous and for failure to state a claim upon which relief may be granted.  See 28 U.S.C. § 1915A(b)(1).

2. Leave to amend is DENIED as frivolous and in bad faith.  See Grayson v. Mayview State Hosp., 293 F.3d 103, 108 (3d Cir. 2002).

3. Any appeal from this order is DEEMED frivolous and not in good faith.  See 28 U.S.C. § 1915(a)(3).

4. The Clerk of Court is directed to CLOSE the above-captioned cases.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge